UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2025

| | |
|---|---|
| MICHAEL KORS, L.L.C., <br><br> Plaintiff, <br><br> -against- <br><br> MKP FASHION, INC., <br><br> Defendant. | Civil Case No. 1:25-cv-01517-CM <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE |

WHEREAS, Plaintiff Michael Kors, L.L.C. ("Plaintiff") moved, pursuant to Federal Rules of Civil Procedure 4(e)(1) and 4(h)(1) and N.Y. C.P.L.R. § 311(b), for an order authorizing Plaintiff to serve the Summons and Complaint in this action upon Defendant MKP Fashion, Inc. ("Defendant") through alternative means, specifically by emailing copies to Defendant and its counsel of record in a related action between the parties before the U.S. Patent and Trademark Office's Trademark and Trial Appeal Board ("TTAB") at the following four email addresses: jack@braunsteinpc.com, clark@braunsteinpc.com, laura@braunsteinpc.com, and mkpfashioninc@gmail.com;

WHEREAS, the Court held an order to show cause hearing on that motion on April 22, 2025, during which the Court granted Plaintiff's motion authorizing service of process on Defendant by alternative means, via the designated email addresses, in Dkt. No. 11, used for service in the related action before TTAB;

WHEREAS, during the April 22, 2025 hearing, the Court also ordered that, if Defendant defaults, Plaintiff is authorized to serve a motion for entry of default judgment on Defendant via the designated email addresses;

IT IS HEREBY ORDERED that the foregoing relief is GRANTED.

DATED: 5/28, 2025

_____
Hon. Colleen McMahon
United States District Judge